**SIESTA MANOR, INCORPORATED,**
**Plaintiff-Appellant-Respondent,**

v.

**COMMUNITY FEDERAL SAVINGS**
**AND LOAN ASSOCIATION,**
**Defendant-Appellant-Respondent.**

No. 47081.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 30, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 5, 1984.

Application to Transfer Denied
Jan. 15, 1985.

Jerome J. Duff, St. Louis, for plaintiff.

Robert C. Jones, Clayton, for defendant.

### ORDER

PER CURIAM.

Action to set aside a foreclosure sale. Plaintiff below received a money judgment. It is ordered that the appeal be dismissed as moot in accordance with Rule 84.16(b).

**STATE of Missouri,**
**Plaintiff-Respondent,**

v.

**Michael Ray GRAYSON,**
**Defendant-Appellant.**

No. 47658.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 7, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Dec. 18, 1984.

Janet Flenner Catalona, Clayton, for defendant-appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM:

Defendant was convicted by a jury of three counts of first degree assault, three counts of robbery first degree, and one count of armed criminal action. He was sentenced to a total of 160 years imprisonment but with some of the sentences to run concurrently resulting in a net total sentence of 70 years. No jurisprudential purpose would be served by an opinion.

Judgment Affirmed. Rule 30.25(b).